JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Cynthia.Frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00281 WHA |
|     Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
|     v. ) | ORDER EXCLUDING TIME BETWEEN |
| ) | APRIL 15, 2010 AND MAY 4, 2010 FROM |
| BENIGNO HERNANDEZ-PENA, ) | CALCULATIONS UNDER THE SPEEDY |
| a/k/a BENIGNO PENA HERNANDEZ, ) | TRIAL ACT (18 U.S.C. § 3161) |
| a/k/a BENIGNO PENA, ) | |
| a/k/a BENIGNO HERNANDEZ, ) | |
| a/k/a BENIGNO HERNANDEZ PENA, ) | |
| ) | |
|     Defendant. ) | |

    The defendant, Benigno Hernandez Pena, represented by Jodi Linker, Assistant Federal Public Defender, and the government, represented by Patricia Spaletta (for Cynthia Frey), Assistant United States Attorney, appeared before this Court on April 15, 2010 for an arraignment and detention hearing. This matter was set for an initial appearance before the Honorable William Alsup on May 4, 2010.

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-00281 WHA

The parties agreed that time be excluded under the Speedy Trial Act between April 15, 2010 and May 4, 2010 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant.

In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery and consult with the defendant, is necessary for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 3, 2010          /s/
CYNTHIA M. FREY
Assistant United States Attorney

DATED: May 3, 2010          /s/
JODI LINKER
Attorney for BENIGNO HERNANDEZ-PENA

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-00281 WHA                 2

1 | Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 15, 2010 and May 4, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 15, 2010 and May 4, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between April 15, 2010 and May 4, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 4 May 2010

BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-00281 WHA                3