1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant HERNANDEZ-PENA
6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )      No. CR-10-281 WHA
                                       )
11                    Plaintiff,       )      STIPULATION AND [PROPOSED]
                                       )      ORDER TO CONTINUE SENTENCING
12         v.                          )      HEARING
                                       )
13  BENIGNO HERNANDEZ-PENA,            )
                                       )
14                    Defendant.       )
    _____)

15

16         The parties jointly request that, subject to the Court's approval, the sentencing hearing

17  presently set for August 10, 2010 be continued to October 4, 2010 at 2:00pm.

18         Defendant Benigno Hernandez-Pena pled guilty on May 25, 2010 to one count of illegal

19  reentry after deportation in violation of 8 U.S.C. § 1326.  There is no plea agreement in this case.

20  The case was referred to the Probation Office for completion of a presentence report.  Due to

21  scheduling conflicts with the Probation Officer, the presentence interview could not be scheduled

22  until July 13, 2010, which is after the draft presentence report would be due to the parties.

23  Additionally, both defense counsel and government counsel are away on vacation during various

24  weeks in August and September.

25  ///

26  ///

1        Accordingly, the parties jointly request that this Court continue the sentencing hearing to

2   October 4, 2010 at 2:00pm.  The United States Probation Officer has no objection to this request

3   and is available at that time.

4        IT IS SO STIPULATED.

5

6   __June 24, 2010___             _____/s/_____

     DATED                         CYNTHIA FREY

7                                Assistant United States Attorney

8

9   __June 24, 2010___             _____/s/_____

     DATED                         JODI LINKER

10                              Assistant Federal Public Defender

11

12        IT IS SO ORDERED.

13   June 25, 2010.

14   _____                   _____

     DATED                         WHA

15                           United

16

17

18

19

20

21

22

23

24

25

26