UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00281 WHA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE SENTENCING |
| v. ) | |
| ) | Current Hearing Date: October 4, 2010 |
| BENIGNO HERNANDEZ-PENA, ) | Time: 2:00 p.m. |
| a/k/a BENIGNO PENA HERNANDEZ, ) | |
| a/k/a BENIGNO PENA, ) | Proposed Hearing Date: November 3, 2010 |
| a/k/a BENIGNO HERNANDEZ, ) | Time 2:00 p.m. |
| a/k/a BENIGNO HERNANDEZ PENA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

1
2
3
4
5

For good cause shown and in accordance with Criminal Local Rule 32-2(a), the hearing for sentencing on these matters, now scheduled for October 4, 2010 at 2:00 p.m., is vacated. The hearing shall be continued to November 3, 2010, at 2:00 p.m. for sentencing.

6  IT IS SO ORDERED.

7
8   September 10, 2010.
9  DATED                          HON. WILLIAM ALSUP
                                  United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 10-00281 WHA                           3